AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:25-MJ-007-BU |
| Giomer Jose Pernia-Rodriguez | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 24 and February 3, 2025__ in the county of __Jones__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:

See attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan J. Lankford, ICE Deportation Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirement of Fed. R. Crim. P. 4.1 by telephone this ____ day of _____, 2025.

Date: __February 5, 2025__

_____
*Judge's signature*

City and state: __Abilene, Texas__        John R. Parker, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan J. Lankford, being duly sworn, depose and state the following:

1.  I am a Deportation Officer with the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), Dallas, Texas, Field Office. I have been employed by this agency since 2023. I was employed as a Border Patrol Agent with Customs and Border Protection from 2019 to 2022. I am currently assigned to the Detention Unit in the Anson, Texas, Sub-Office and work closely with the contract staff at the Bluebonnet Detention Center. My responsibilities include management of detained immigration cases, service of case related legal documents, and daily interactions and communications with the detained ICE population.

2.  My knowledge of the following facts is based on my own investigation of the facts, as well as my communications with other law enforcement officers and ICE contract staff who have investigated these facts. The purpose of this affidavit is to set forth only those facts necessary to establish probable cause to arrest Giomer Jose Pernia-Rodriguez for violations of 18 U.S.C. § 111(a)(1), Assaulting a Federal Officer or Employee by Causing Physical Contact. I have not described all the relevant facts and circumstances of which I am aware, rather only that which I believe is necessary to support probable cause.

3.  To prove an offense was committed under 18 U.S.C. § 111(a)(1), the United States must prove the following four elements. First, that the defendant forcibly assaulted a person named in the charging instrument. Second, that the person assaulted

was a federal officer or employee, who was engaged in the performance of his official duties as charged. Third, that the defendant did such acts intentionally. Fourth, that such acts involved physical contact with the victim.

## FACTS AND CIRCUMSTANCES

4. Management and Training Corporation (MTC) is contracted by the United States as security and detention personnel for the ICE Bluebonnet Detention Center (BDC), located at 400 2nd Street, Anson, Texas, within the Abilene Division of the Northern District of Texas. BDC is a civil immigration detention facility housing illegal aliens to secure their presence for immigration proceedings or removal from the United States.

5. MTC contractors are private employees who assist federal officers and employees in the performance of official duties on behalf of the United States Government. They are designated persons under Title 18, United States Code, Section 1114, while engaged in the performance of their official duties. *See United States v. Jacquez-Beltran*, 326 F.3d 661, 663 (5th Cir. 2003).

6. Giomer Jose Pernia-Rodriguez, a citizen and national of Venezuela, was ordered removed from the United States by an Immigration Judge on January 15, 2025, and is detained at BDC pending his removal from the United States.

7. On January 24, 2025, at approximately 2:20 p.m., while in the BDC Restrictive Housing Unit (RHU), Pernia-Rodriguez attempted to control the food slot while MTC Detention Officer Alexander Clark was securing it in the performance of his official duties. Pernia-Rodriguez reached through the food slot and intentionally struck

Complaint Affidavit - Page 2

Officer Clark in the face, contacting his left cheek and knocking off his hat. Officer Clark sustained swelling under his left eye.

8. On February 3, 2025, at approximately 11:30 a.m., while in the BDC RHU, Pernia-Rodriguez intentionally spit on Detention Officer Michael Edwards' right leg while the officer was attempting to secure the food slot in the performance of his official duties. Pernia-Rodriguez then intentionally threw coffee on Officer Edwards and intentionally threw his cup at Officer Edwards, striking the officer's midsection.

## CONCLUSION

9. Based on the facts described above, I have probable cause to believe Giomer Jose Pernia-Rodriguez assaulted contracted employees of the United States Government, while such employees were engaged in the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1), Assaulting, Resisting, or Impeding Certain Officers or Employees. I hereby declare that the foregoing is true and correct pursuant to the investigation conducted in this case.

_____
Ryan J. Lankford
Deportation Officer
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Department of Homeland Security

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41 (d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this <u>5th</u> day of February 2025.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS