FEB 12 2025 PM2:50
FILED – USDC – NDTX – LU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

v.

No. 1:25-CR-010-H

GIOMER JOSE PERNIA-RODRIGUEZ

## INDICTMENT

The Grand Jury Charges:

Count One
Assaulting a Person Assisting Federal Officers
(Violation of 18 U.S.C. § 111(a)(1))

On or about January 24, 2025, in the Abilene Division of the Northern District of Texas, and elsewhere, **Giomer Jose Pernia-Rodriguez**, defendant, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit: Bluebonnet Detention Center Security Officer A.C., a person assisting officers and employees of the United States Immigration and Customs Enforcement, while Security Officer A.C. was engaged in, and on account of, the performance of his official duties, and such acts involved physical contact with Security Officer A.C.

In violation of Title 18, United States Code, Section 111(a)(1).

**Giomer Jose Pernia-Rodriguez**
**Indictment - Page 1**

<u>Count Two</u>
Assaulting a Person Assisting Federal Officers
(Violation of 18 U.S.C. § 111(a)(1))

On or about February 3, 2025, in the Abilene Division of the Northern District of Texas, and elsewhere, **Giomer Jose Pernia-Rodriguez**, defendant, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit: Bluebonnet Detention Center Security Officer M.E., a person assisting officers and employees of the United States Immigration and Customs Enforcement, while Security Officer M.E. was engaged in, and on account of, the performance of his official duties, and such acts involved physical contact with Security Officer M.E.

In violation of Title 18, United States Code, Section 111(a)(1).

**Giomer Jose Pernia-Rodriguez**
**Indictment - Page 2**

A TRUE BILL:

_Shanda Rogers_
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY


_Matt McL_
MATTHEW A. McLEOD
Assistant United States Attorney
Tennessee State Bar No. 034353
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7351
Facsimile:    806-472-7394
E-mail:        matthew.mcleod@usdoj.gov

**Giomer Jose Pernia-Rodriguez**
**Indictment - Page 3**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

GIOMER JOSE PERNIA-RODRIGUEZ

INDICTMENT

COUNTS 1-2:    ASSAULTING A PERSON ASSISTING FEDERAL OFFICERS
Title 18, United States Code, Section 111(a)(1).
(2 COUNTS)

A true bill rendered:

Lubbock ___*Shanda Rogers*___ Foreperson

Filed in open court this ___*12TH*___ day of ___*FEBRUARY*___, 2025.

Clerk

DEFENDANT IN FEDERAL CUSTODY
Complaint No. 1:25-MJ-007 filed 2/5/2025

_____
UNITED STATES MAGISTRATE JUDGE